AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JOSEPH MINICOZZI, JR. <br><br> *Plaintiff(s)* <br> v. <br> OYSTER BAY FIRE DEPARTMENT, INC. d/b/a OYSTER BAY FIRE DEPARTMENT COMPANY NO. 1, et al., <br> See attached Rider <br> *Defendant(s)* | Civil Action No. 2:25-cv-06191-ST |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Spencer D. Shapiro, Esq.
Horn Wright, LLP
400 Garden City Plaza, Suite 500
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  11/6/2025

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

**RIDER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
JOSEPH MINICOZZI, JR.,

                                                                         **Docket No.:** 2:25-cv-06191-ST

                                                      Plaintiff,

                -against-

OYSTER BAY FIRE DEPARTMENT, INC. d/b/a OYSTER BAY FIRE DEPARTMENT COMPANY NO. 1, FRANK MANTEGARI, III, individually and in his official capacity as Fire Chief, and JOHN DOES #1-10 (fictitiously named), in their official and individual capacities,

                                                   Defendants.
------------------------------------------------------------------------------- X

To:    OYSTER BAY FIRE DEPARTMENT, INC. d/b/a
        OYSTER BAY FIRE DEPARTMENT COMPANY NO. 1
        188 South Street
        Oyster Bay, New York 11771

        FRANK MANTEGARI, III, individually and in his official capacity as Fire Chief
        188 South Street
        Oyster Bay, New York 11771